[No. 64034-8-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANDRE A. GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00097-1, Jay V. White, J., entered July 22, 2009. *Dismissed* by unpublished per curiam opinion.

[No. 64061-5-I. Division One. September 27, 2010.]

*In the Matter of the Detention of* BOB ANDREW PUGH, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-14019-4, Palmer Robinson, J., entered July 10, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 64081-0-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY WAYLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11982-0, Michael Hayden, J., entered June 29, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Lau, J.

[No. 64136-1-I. Division One. September 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM PEDRO ALSETH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-02828-8, Bruce E. Heller, J., entered September 8, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Cox, JJ.